USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 17, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
CEDRIC BISHOP, individually and on behalf :
of others similarly situated, :
:
      Plaintiffs, :  18-cv-1970 (KBF)
:
  -v- :  <u>ORDER</u>
:
IWC SCHAFFHAUSEN, a subsidiary of :
RICHEMONT NORTH AMERICA, INC., :
:
      Defendant. :
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

  On Wednesday, May 16, 2018, the parties informed the Court that they were in the process of finalizing a settlement, and requested a stay. (ECF No. 11.)

  This Court does not stay cases pending settlement. Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Friday, June 15, 2018**.

  Any application to reopen **must** be filed by the above date; any application to reopen filed thereafter may be denied solely on that basis.

  All other dates and deadlines in this matter are ADJOURNED.

  The Clerk of Court is directed to terminate this action.

  SO ORDERED.

Dated:  New York, New York
     May 17, 2018

                _____
                KATHERINE B. FORREST
                United States District Judge