UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP, on behalf of himself and all other others similarly situated,

                                    Plaintiff,

                v.

IWC SCHAFFHAUSEN, A SUBSIDIARY OF RICHEMONT NORTH AMERICA, INC.,

                                    Defendant.

1:18-cv-01970

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Cedric Bishop

and Defendant IWC Schaffhausen, a subsidiary of Richemont North America, Inc., by and

through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice,

without costs or attorneys' fees.

Dated: _____July 31_____, 2018

COHEN & MIZRAHI LLP

By:_____
    Joseph H. Mizrahi
    300 Cadman Plaza West, 12th Floor
    Brooklyn, NY 11201
    (917)-299-6612
    Email: joseph@cml.legal

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By:_____
    Douglas T. Schwarz
    101 Park Avenue
    New York, NY 10178
    Tel: (212) 309-6890
    Email: douglas.schwarz@morganlewis.com

*Attorneys for Defendant*

**SO ORDERED:**

Dated: _____8/1_____, 2018

_____
United States District Judge